STATE of Missouri, Respondent,

v.

Roy D. ANDREWS, Appellant.

No. WD 39023.

Missouri Court of Appeals,
Western District.

Dec. 15, 1987.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 2, 1988.

Application to Transfer Denied
March 15, 1988.

Sean D. O'Brien, Public Defender, Justine E. Del Muro, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and
TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from conviction of receiving stolen property, § 570.080 RSMo 1986, and sentence of seven years' imprisonment.

Affirmed. Rule 30.25(b).